IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**VICKI WILLIAMS,**

    **Plaintiff,**

vs.                                              **Case No. 4:08cv61-SPM-WCS**

**JANE SAULS,**
**HERBERT W. A. THIELE, et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro se*, has filed a complaint against several state officials. Doc. 1. Plaintiff did not pay the filing fee for this case nor did she submit an *in forma pauperis* motion with the required supporting financial affidavit. Under the local rules of this Court, a civil action "shall not be filed by the clerk until the fee is paid as required by 28 U.S.C. § 1914, unless the complaint . . . is accompanied by a motion for leave to proceed *in forma pauperis*." N.D. Fla. Loc. R. 5.1(H). Nevertheless, there is no need to delay proceeding in this case because the allegations are frivolous, removed from reality, and are incoherent.

This is another in a long list of cases filed by this *pro se* Plaintiff. None of the actions have merit, none present a realistic or factual basis for litigation in this Court,

and non contain rational statements of fact.  Just as has been done with all the cases filed previously, this case should be dismissed as frivolous.

Moreover, federal law permits a United States District Court to dismiss a case filed *in forma pauperis*, if it is satisfied that the action is frivolous or malicious.  The Supreme Court recognizes two types of cases which may be dismissed, *sua sponte*: "claim(s) based on an indisputably meritless legal theory," and "claims whose factual contentions are clearly baseless."  Neitzke v. Williams, 490 U.S. 319, 109 S. Ct. 1827, 1833, 104 L. Ed. 2d 338 (1989).  This case lacks both an arguable basis in law and is clearly removed from reality.  Sultenfuss v. Snow, 894 F.2d 1277 (11th Cir. 1990), *citing* Neitzke.  Plaintiff's allegations are incomprehensible and there is no need to direct *in forma pauperis* procedures in this case.

In light of the foregoing, it is respectfully **RECOMMENDED** that this action be **DISMISSED** for failure to state a claim upon which relief may be granted.

**IN CHAMBERS** at Tallahassee, Florida, on May 20, 2008.


   s/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:08cv61-SPM-WCS