IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VICKI WILLIAMS,

Plaintiff,

vs. CASE NO. 4:08cv61-SPM/WCS

JANE SAULS, et al.,

Defendants.
_________________________/

**ORDER**

THIS CAUSE comes before the Court for consideration of the magistrate judge's Report and Recommendation (doc. 3) dated May 20, 2008. Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's Report and Recommendation (doc. 3) is ADOPTED and incorporated by reference in this order.

2. This case is dismissed for failure to state a claim upon which relief

may be granted.

DONE AND ORDERED this 23rd day of June, 2008.

s/ Stephan P. Mickle

Stephan P. Mickle
United States District Judge